*State, Respondent, v. Olmsted, Petitioner*, No. 91826-1. Petition for review of a decision of the Court of Appeals, No. 45260-0-II, May 5, 2015, 187 Wn. App. 1023. *Denied* November 4, 2015.

*State, Respondent, v. Singh, Petitioner*, No. 91834-1. Petition for review of a decision of the Court of Appeals, No. 70639-0-I, May 18, 2015, 187 Wn. App. 1028. *Denied* November 4, 2015.

*State, Respondent, v. Torres, Petitioner*, No. 91835-0. Petition for review of a decision of the Court of Appeals, No. 31616-5-III, April 9, 2015, 186 Wn. App. 1047. *Denied* November 4, 2015.

*State, Respondent, v. Brousseau, Petitioner*, No. 91838-4. Petition for review of a decision of the Court of Appeals, No. 32105-3-III, June 9, 2015, 188 Wn. App. 1014. *Denied* November 4, 2015.

*Riley-Hordyk, Petitioner, v. Bethel Sch. Dist., Respondent*, No. 91840-6. Petition for review of a decision of the Court of Appeals, No. 45830-6-II, May 19, 2015, 187 Wn. App. 748. *Denied* November 4, 2015.

*State, Respondent, v. Bird, Petitioner*, No. 91853-8. Petition for review of a decision of the Court of Appeals, No. 71615-8-I, June 1, 2015, 187 Wn. App. 942. *Denied* November 4, 2015.

*Stevenson, Petitioner, v. Dep't of Health Nursing Care Quality Assur. Comm'n, Respondent*, No. 91857-1. Petition for review of a decision of the Court of Appeals, No. 45834-9-II, May 27, 2015, 187 Wn. App. 1037. *Denied* November 4, 2015.

*State, Respondent, v. K.L.G., Petitioner*, No. 91861-9. Petition for review of a decision of the Court of Appeals, No. 71466-0-I, May 26, 2015, 187 Wn. App. 1033. *Denied* November 4, 2015.